RALPH J. MARRA, JR.
Acting United States Attorney
JENNIFER SMITH
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:DDC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>RICARDO CONTREEAS NAVAS,<br><br>*Defendant.* | HON. KATHARINW S. HAYDEN<br><br>*Criminal No.* 05-349<br><br>**ORDER FOR REMISSION OF FINE** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____18th_____ day of __August__, 2009,

ORDERED, that the balance of the fine imposed on September 6, 2005, in the amount of $100.00 is hereby remitted.

*[signature: Katharine Hayden]*

~~ALFRED M. WOLIN~~  *Katharine S. Hayden*
UNITED STATES DISTRICT JUDGE